UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ 11-292 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| WALLI MUJAHIDH, ) | |
| Also known as Frederick Domingue, Jr, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:   Conspiracy to Murder Officers and Employees of the United States; Conspiracy to Use Weapons of Mass Destruction; Possession of Firearms in Furtherance of Crimes of Violence

<u>Date of Detention Hearing</u>:   June 29, 2011.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant and a co-defendant are charged by Complaint with the above-referenced crimes. Upon the advice of counsel, defendant did not elect to be interviewed by Pretrial Services. Therefore, much of his background information is either not known or unverified.

2. Defendant does not object to entry of a detention order.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the pupose of an appearance in connection with a court proceeding; and

///

///

///

01  4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel
02     for the defendant, to the United States Marshal, and to the United State Pretrial Services
03     Officer.
04     DATED this 29th day of June, 2011.

                                              Mary Alice Theiler
                                              United States Magistrate Judge